IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

**RUBEN SOLIS ANDERSON, #596151** §

VS. § CIVIL ACTION NO. 5:14cv57

**F. GOODEN, ET AL.** §

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore directly assigned to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation concluding that the lawsuit should be dismissed. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Report and Recommendation (docket #17) is **ADOPTED**. It is further

**ORDERED** that the complaint is **DISMISSED** with prejudice for purposes of *in forma pauperis* proceedings pursuant to 28 U.S.C. § 1915(g). Anderson's *in forma pauperis* status is revoked. Anderson may resume the lawsuit if he pays the full filing fee of $400 within thirty days of the issuance of this order. All motions not previously ruled on are **DENIED**.

**It is SO ORDERED**.
SIGNED this 18th day of July, 2014.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE